# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153980(73)

*In re* Estate of JAMES ERWIN, SR.

_____

BEATRICE KING, Individually and as Personal
Representative of the Estate of JAMES ERWIN, SR.,
       Appellant,

v

JACQUELINE E. NASH, BILLY J. ERWIN,
DEMARKIUS ERWIN, MAGGIE ERWIN, and
STACY ERWIN OAKES,
       Appellees.

SC: 153980
COA: 323387
Saginaw Probate Ct: 13-130558-DE

_____

*In re* Estate of JAMES ERWIN, SR.

_____

BEATRICE KING,
       Appellant,

v

JACQUELINE E. NASH, BILLY J. ERWIN,
DEMARKIUS ERWIN, MAGGIE ERWIN,
STACY ERWIN OAKES, and DOUGLAS
TAYLOR,
       Appellees.

SC: 153981
COA: 329264
Saginaw Probate Ct: 13-130558-DE

_____/

On order of the Chief Justice, the motion of appellee Maggie Erwin to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 9, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2016



Clerk